UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JOSHUA PAUL GALLOWAY #001755785** | **CASE NO. 6:25-CV-00857 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **ASHLEY PREJEAN, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge [ECF No. 9], and considering the Objection filed thereto. Following an independent review of the record, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this civil action is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B).

IT IS FURTHER ORDERED THAT, pursuant to 28 U.S.C. § 1915(g), Joshua Paul Galloway is prohibited from proceeding *in forma pauperis* in any civil action or appeal filed in a court of the United States while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury.[1]

THUS DONE in Chambers on this 17th day of November, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] Mr. Galloway was previously cautioned that the Judgment entered in a prior action constituted his second "strike" for purposes of 28 U.S.C. § 1915(g). *See Galloway v. Garber*, 6:25-cv-856 and 6:24-CV-01628.